Defendant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN KAPLAN, Appellant.— Judgment reversed and new trial ordered, on the ground that the evidence was insufficient to warrant a conviction. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ELIZABETH MEHEGAN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORRIS FOLKOFF, Respondent, v. FROMBERG & SCHAFER INVESTING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

TURNER DAY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FERDINAND SILBERMAN, Respondent, v. ELKAN SILBERMAN and ABRAHAM SILBERMAN, Individually, etc., Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of order with notice of entry thereof upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of S. DUNCAN MARSHALL and EDITH M. LYON, as Trustees, etc., of STEPHEN DUNCAN MARSHALL, Deceased, for a Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in the Last Will and Testament of Deceased.— Decree affirmed, with costs to respondents payable out of the fund. No opinion. Present — Finch, P. J., Merrel`, McAvoy, Martin and Sherman, JJ. [141 Misc. 457.]

In the Matter of the Application of THE BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, etc., Relative to Acquiring an Estate in Fee Simple in Certain Real Property and a Permanent, Perpetual and Exclusive Underground Right, Easement and Right of Way in, through and under Certain Other Real Property for the Construction, Maintenance and Operation in Perpetuity of a Rapid Transit Railroad Situated on and near the Southerly Side of West Fifty-third Street between Seventh Avenue and Sixth Avenue, and on the Westerly Side of Sixth Avenue between Fifty-third and Fifty-second Streets, in the Borough of Manhattan, City of New York.— Decree so far as appealed from affirmed, with costs and disbursements to respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of CHARLES T. WILSON COMPANY, INC., to Confirm the Award Made in Arbitration Proceedings between CHARLES T. WILSON COMPANY, INC., of 44 Beaver Street, New York City, Respondent, and J. HAMILTON BROWN, INC., of 100 Gold Street, New York City, Appellant, under an Agreement, etc.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MONIKI LEHNER, Appellant, v. KARL JIRASIK and MARIE JIRASIK, Respondent. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GRAMERCY WOODWORKING CO., INC., Respondent, v. MORRIS GREIFF, Appel-